# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of January, two thousand and fifteen.

Before:     Ralph K. Winter,
                  *Circuit Judge*.

_____

Nicholas Oliva, Cynthia Oliva,
    Plaintiff-Appellant,

                                    **ORDER**
v.                                      Docket No. 14-4767

Town of Greece, New York, Officer Brian Ball, Merritt Rahn, John Auberger, John Doe,
    Defendants-Appellees.

_____

    Appellant has filed a motion to remove this appeal from the Expedited Appeals Calendar.

    IT IS HEREBY ORDERED that the motion is GRANTED. Appellant's opening brief and appendix shall be due on or before April 14, 2015. Briefing will then proceed in the ordinary course pursuant to Local Rule 31.2(a).

                                              For the Court:
                                              Catherine O'Hagan Wolfe,
                                              Clerk of Court

